IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BILLY JOE ARANDA,

    Plaintiff,

v.                          Civ. 11-0739 MCA/GBW

YATES PETROLEUM CORPORATION *et al.*,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter in a conference held before this Court. Accordingly,

IT IS HEREBY ORDERED that closing documents be filed by Plaintiffs no later than **December 20, 2012**, absent a request showing good cause for an extension.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE